FORM E A

JAMES J. VILT, JR. - CLERK

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER JUL 20 2022
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Rights preserved and Jurisdiction of Court, 28 U.S.C. Sec. 2072, A.D.A., Title II, Rehabilitation Act of 1973, Bivens v. Six Unknown Fed. Narcotics Agents, 1st, 7th, 9th, and 14th Amendments to the U.S. Constitution, and Laws of the United States, FRCP 38(a),(b),(c)

Michael Eaves, and others similiarly situated, pro se

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:22 CV 374 RGJ
(To be supplied by the clerk)

Rebecca Jennings, (Judge)(W.D. of Kentucky at Louisville), (United States)

(✓) DEMAND FOR JURY TRIAL
Also Separate Demand filed (attached)
( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

Jurisdiction of Court under U.S. Const. art. 3 § 2; 28 U.S.C. § 1331, and acts, laws, and Constitution of the U.S. and amendments (above), 42 USC §1985 and 28 U.S.C. § 1343, 2201, 2202, 2283, 2284; Rule 65 FRCP
28 USC 1391

I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Michael Eaves

Place of Confinement: Lee Adjustment Center

Address: 168 Lee Adjustment Center Dr., Beattyville Ky 41311

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: Others similiarly situated

Place of Confinement: All Kentucky prisons

Address: __Kentucky__

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Rebecca Jennings__ is employed as __District Judge__ at __U.S. District Court at Louisville__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

II.   **PREVIOUS LAWSUITS**

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):   _____

_____

Defendant(s):   _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1) Defendant Rebecca Jennings is the sitting District Judge in case no. 3:21-CV-296-RGJ, Michael Eaves, et al, v. Dagon Moon, et al.; and,

2) The action above is a prisoner rights deprivation case against prison officials Dagon Moon and others that Plaintiff Michael Eaves and others similarly situated seek protection and Rights afforded by the U.S. Constitution, the ADA/RA, and other laws protecting Plaintiffs, and, events herein arose from court and is not a prison complaint; and,

3) On 5-24-21 Plaintiff Michael Eaves filed a Motion for Class Certification pursuant to Rule and requested appointment of counsel for the class, and, (D.N. 14), and,

4) On 7-19-21 Defendant Jennings deprived Plaintiffs of relief and their rights when she denied the Motion for Class Certification that was correctly drafted from O'Connor's Federal Rules of Civil Trials 2019, a recognized desk reference for attorneys, and,

5) Defendant Jennings also denied the Motion to appoint Counsel to assist the Class, depriving Plaintiffs of their rights, and, relief, and

6) On 6-24-21 Plaintiff filed a Motion to allow his complaint (handwritten) to be filed not on court forms that was denied (7-19-21) by Defendant, with the complaint being a disability discrimination complaint that stops federal funding to Kentucky prisons, while

4

### III. STATEMENT OF CLAIM(S) continued

Defendant Jennings had already allowed prisoner Emoshia Duncan's complaint to proceed not on court forms (3:19-cv-P890),

7) and these actions by Defendant are outside her jurisdiction and are discriminatory to Plaintiff's based upon their disability, and disab. discrimination complaints, and, interfere with seeking ADA protection, and,

8) Prisoner complaint that was filed by Emoshia Duncan did not seek protection of the ADA/RA as the Plaintiff in Eaves' case did, nor did Duncan's complaint threaten Federal funding to Kentucky Prisons, which means money was involved in depriving Plaintiffs of their rights by Defendant. And,

9) the relief requested in the denied handwritten amended complaint was over 2 million dollars among other injuries and requests deprived by Defendant; now an injury to Plaintiff. And,

10) These actions by Defendant Jennings deprived Plaintiffs of their rights protected by the U.S. Constitution, 1st, 7th, 9th, and 14th Amendments, the ADA/RA of 1973, and at all times herein Defendant's actions and abuse of authority were under color of law, they are capable of repetition but evades review, and no court order or Judgment can cure the injuries to Plaintiff's rights, mind, equal access to Courts, sought protection of the U.S. Constitution and ADA/RA, as these injuries are irreparable,

11) And, Plaintiffs were denied the relief requested in the complaint

(continued - see attached pages).

5

ME

handwritten and not on court provided forms. Defendant's actions herein are an abuse of authority under color of federal law and she treated Plaintiff less than equal with his disability discrimination complaints, that sought protection and enjoyment of the ADA, RA, and U.S. Constitution and other laws of the United States. And, ADA complaints are supposed to be easy, and are not. And,

12) I fear retaliations by other court workers and judges in these cases and others because of my complaints against the Defendant. The threat is real and evidenced by Plaintiff being denied other pro se liberties by judge Caldwell who refused to subpoena records and order the Clerk to not send me signed but otherwise blank subpoenas that any of the Defendants attorneys could have issued. Eaves and others similarly situated have a right to access and to be treated equally in the court regardless of skin color, disability, or sexually oriented as a reformed sex offender, and Defendant Jennings denied equal treatment to Eaves and other Plaintiffs with her actions. And, Eaves objected to the Defendant's actions, receiving no mercy. And,

13) The U.S. Taxpayer is injured beyond repair by Defendants actions to allow Kentucky Prisons to fraudulently receive federal funding with disability discrimination, and interference with complaints, and disregard for inmates and Plaintiff's rights, prevalent in the system as specified in the complaints, that the Defendant and the Court at Louisville will never let see a jury, no matter what. And,

14) Defendant's actions deprived Plaintiffs of the Jury Trial demanded in the denied handwritten complaint, a Right preserved inviolate by Rule and the 7th Amendment. And,

15) Defendants actions herein caused Eaves to lose sleep, have headaches more intense, body aches from stress and extreme emotional distress and feelings of helplessness, and,

16) I Michael Eaves DEMAND A JURY TRIAL on all issues triable by Jury. And,

17) I am disabled, being blind in left eye, no depth perception, impaired vision in right eye, bilateral hearing loss, bipolar disorder, anxiety and depression. I am not an Attorney.

— Page 5(a) —

18) Defendant did not allow Eaves to file a handwritten complaint not on court forms but allowed Emoshia Duncan to do so without even asking Defendant Jennings. Treating Eaves unequally is a non-judicial action that she has no authority or jurisdiction to do so. And,

19) Plaintiff Eaves is sexually oriented as a reformed sex offender and disabled whereas Emoshia Duncan is not sexually oriented as a sex offender according to his sentence. And, prisoners who file ADA complaints suffer irreparably both in prison and in the courts from actions such as defendants in these cases. And,

20) Defendant Jennings did treat Eaves differently and unequal to treatment she provided to Duncan on July 19, 2021 when she denied Eaves' Right and Liberty to equal access to the courts, because of her bias towards Eaves' sexual orientation being a reformed sex offender and because his complaints could stop federal dollars to Kentucky. And,

21) Federal funding is still going to the Court at Louisville and to the Kentucky Dept. of Corrections even though these actions herein, as well as many claims in Timothy Nolan, v. Patterson, et al., 3:19-cv-935, that Eaves is aware of, did take place, as did Christian Toelke and Stefany Hughes lie in their affidavit that Eaves was only "skipped" once by accident in Eaves, v. Ballard, et al., that was covered up by Judge Karen Caldwell ordering the Clerk to not issue signed but otherwise blank subpoenas, that any attorney can issue, to obtain the bed move records for Jeffrey Burgin and Louis Smith who were both moved into bottom bunks in the honor dorm pre-honor 1 before Eaves, and Burgin was actually approved for the program after Eaves but Judge Caldwell knew this and hid it so money would keep rolling to the KDOC. And,

22) Plaintiffs are targeted by Defendant Jennings and other judges at the Louisville District Court who work together to deprive rights of Eaves and other similiarly situated disabled inmates who are also sexually oriented as reformed sex offenders and who file complaints that stop fraudulent funding to government entities, especially ADA complaints. This will all continue without relief from the court and Eaves has now exposed Defendant when Eaves saw Duncan's handwritten complaint

- page 5(b) -

hence giving rise to this action. Defendant's actions show her bias in direct conflict with her Oath.

All conditions precedent occurred or were performed.

## IV Additional Relief Sought

23) Wherefore Plaintiff respectfully prays this Honorable Court enter judgment granting Plaintiff;

24) A declaration that the acts and omissions described herein, violated Plaintiff's Rights under the U.S. Constitution and laws of the United States; and,

25) A preliminary and permanent injunction Ordering 6th Circuit Judges and Courts to cease the actions herein and guarantee training and compliance for processing ADA/RA Complaints, including referral to the U.S. DOJ for investigation as mandated in Title II of the ADA; and to cease federal funding to non compliant entities, and,

26) An Order to Defendant to pay the relief in the denied handwritten complaint that Eaves was deprived the Right to equal treatment in accessing the court, or $2,000,000.00 U.S. Dollars as settlement for his irreparable injuries; and,

27) Compensatory Damages for costs in this case. And,

28) Any other Equitable relief available to Plaintiff. And,

29) Punitive Damages for pain and suffering and to deter this behavior in the courts, in the amount of $20,000,000.00 U.S. Dollars paid to Eaves who has suffered enough damages and injuries to his Rights and Liberties which no court Order or monetary amount could heal.

30) I reallege and incorporate by reference paragraphs 1-29 of the attached Affidavit of Michael Eaves, PX-2, And, the PX-1 returned complaint from 6th Circuit Executive

- Page 5(c) -

ME

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ See attached relief requested previous page, pg. 5(c)
✓ award money damages in the amount of $ See attached 5(c)
✓ grant injunctive relief by See Attached Pag. 5.(C)
✓ award punitive damages in the amount of $ See attached page 5(c)
✓ other  See Attached Page 5(c)

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct. I am not a corporation,

This 18 day of July, 2022  All rights reserved without prejudice,

_Michael Eaves_   7-18-22
(Signature of Plaintiff)
Michael Eaves (261472)

_Michael Eaves_, on behalf of Those similarly situated.
(Signature of additional Plaintiff)   (Title II ADA)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for filing and mailing on July 18, 2022;

and sent to the Clerk of the U.S.D.C. at Louisville, 601 W. Broadway rm 106 Louisville KY 40202

_Michael Eaves_   7-18-22
(Signature)
Michael Eaves - Plaintiff [261472]
℅ 168 Lee Adjustment Center Drive
Beattyville KY 41311

Tracking no.
7018-1830-0001-2089-4891

6

Michael Eaves [261472]
℅ 168 Lee Adjustment Center Drive
Beattyville, Kentucky [41311]

Clerk of the U.S.D.C.
at Louisville
601 W. Broadway, rm 106
Louisville KY 40202

privileged, confidential
Legal Mail