UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL EAVES                                                                                                        Plaintiff

v.                                                                                       CivilAction No. 322CV-374-RGJ

REBECCA JENNINGS, DISTRICT JUDGE                                                             Defendant

**O R D E R**

Upon review of this matter, the undersigned has determined that recusal is required pursuant to 28 U.S.C. § 455. Accordingly, it is hereby

**ORDERED** that District Judge Rebecca Grady Jennings **RECUSES** from this matter and the action is **reassigned** to the docket of District Judge David J. Hale United States District Court Judge, for all further proceedings.  Counsel are requested to change the Civil action number to reflect the initials DJH on all further pleadings.

July 21, 2022

*Rebecca Grady Jennings, District Judge*
*United States District Court*

Copies to:

All Counsel
Case Manager to District Judge David J. Hale