United States District Court at Louisville

FILED
JAMES J. VILT, JR. CLERK
JUL 22 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Case no. 3:22 cv 374 DJH

Michael Eaves, et al.,
Plaintiff Pro Se,

v.

Rebecca Jennings - U.S. Judge
Defendant

Notice, and Certificate of Service to Civil Process Clerk, Office of U.S. Attorney, And U.S. Attorney General

FRCP 4

---

\* Notice, and Certificate of Service \*

This is Notice that a lawsuit has been filed in the U.S. District Court at Louisville against the U.S. District Judge Rebecca Jennings in her individual and official capacities and to certify that a true and correct copy of the complaint filing has been sent via U.S. Certified Mail, postage prepaid to:

U.S. Attorney General
Department of Justice
950 Pennsylvania Av. NW.
Washington D.C. 20530

And,

Civil Process Clerk
Office of the U.S. Attorney
717 W. Broadway
Louisville KY 40202

And, Rebecca Jennings - US. District J
U.S. District Court
at Louisville
601 W. Broadway rm 106
Louisville KY 40202

Sent:
1 - Copy Complaint with attachments - 74 pages
1 - This Notice, Cert. of Service, and Inmate filing declaration - 2 page

On this day, the 20th day of July 2022 by Plaintiff Michael Eaves, a natural live man who is not a

page 1 of 2

corporation. I declare the foregoing to be true and correct under penalty of perjury.

*Michael Eaves* 7-20-22
Michael Eaves - Plaintiff
c/o 168 Lee Adjustment Center Drive
Beattyville KY 41311

\* Declaration of Inmate Filing \*

I am an inmate confined in an institution. Today I am depositing this Notice and Certificate of Service in the institutions system for legal mail to be filed and sent to the Clerk of the U.S. District Court at Louisville Ky, 601 W. Broadway rm 106, Louisville KY 40202, all postage pre-paid by me or by the institution on my behalf. I am not a corporation. All rights reserved without prejudice,

*Michael Eaves* 7-20-22
Michael Eaves - Plaintiff

- page 2 of 2 -

Michael Eaves [261472]
c/o 168 Lee Adjustment Center Drive
Beattyville KY 41311





FILED
JAMES J. VILT, JR. - CLERK
JUL 22 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk of the U.S.D.C.
at Louisville
601 W. Broadway, rm 106
Louisville KY 40202

privileged, confidential
legal mail

40202-22731