United States District Court
at Louisville

FILED
JAMES J. VILT, JR. - CLERK
JUL 27 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Michael Eaves, and others
Plaintiff

v.

Rebecca Jennings,
Defendant

civil action no. 3:22-cv-374-RGJ

Jury Trial
OBJECTIONS to assignment of Judge Jennings and Judge Hale in this case, and MOTION to assign Judge from outside 6th Circuit

**\* OBJECTIONS and MOTION to assign new judge \***

1) Plaintiff Michael Eaves objects to Defendant Jennings name being in the pool of judges when selection of assignment took place, and Eaves further objects to Judge Hale being assigned after Jennings recused herself. Eaves further moves this Court to assign an impartial unbiased Judge from outside the 6th Circuit to preside over this case. The laws of the United States do not support a judge having jurisdiction over a complaint against herself nor does Jennings have jurisdiction to time her recusal to coincide with assignment of a judge next on list that will be of her choosing. And,

2) Eaves further objects to this Court screening his Complaint under 28-U.S.C. 1915A because Eaves has preserved his Right to a Jury Trial under Rule and Const. Amendment and he preserved his Rights provided by 28 U.S.C. 2072 on the face of the Complaint as well. 28-1915A and the PLRA for that matter were enacted before FRCP 38 became effective in December 1, 2009 and according to the Ruling by the U.S. Supreme Court Ruling, Shady Grove Orthopedic Assoc.s., v. Allstate Insurance, 559 U.S. 393, 406-07 (2010), The Federal Rules cannot be construed to abridge, enlarge, or modify any substantial Right. 28 U.S.C. 2072(b), also see FRCP 82, 28 U.S.C. 1915A was enacted before FRCP 38 and can remove Eaves Rights, abridge and or modify those Rights preserved to him inviolate by Rule 38 Right to trial by Jury on all facts triable by Jury, as does the PLRA, also enacted before Rule 38 became effective. When a Rule or statute conflict, the latter Rule effective after enactment of previous rules or statutes takes \*precedent. Rule 38 Demand for Jury Trial and it's protections are in conflict with 28 U.S.C. 1915A and the PLRA (Prison Litigation Reform Act) which threaten Rights of Eaves that are preserved inviolate by a Rule

\* see Henderson v. U.S., 517 U.S. 654, 668 (1996) - rule prevails against earlier enacted statute

— P. 1 of 2 —

(Rule 38) effective after 28 U.S.C. 1915A and the PLRA. This Court does not have jurisdiction to override the Supreme Court or the Circuit Appeals Courts in this matter. I reallege and incorporate by reference attached 2 page affidavit of Michael Eaves.

3) The Court's actions of allowing Judge Jennings to be in the pool drawing to assign a lawsuit against her, and for her to be assigned the case, and for her to recuse herself so that Judge Hale could preside as assigned Judge for her, shocks the conscience of any reasonable person and is capable of repetition but evades review and is pattern and practice in the Federal Courts in Kentucky. The action against Defendants in this case is an ADA/RA complaint and this court has become so used to it's pattern and practice of eliminating prisoner ADA complaints that proper ethics is unknown to them as evident in these objections and actions of the Court. The U.S. Constitution and Amendments protects us from the government. This includes disabled prisoners in Kentucky and disabled prisoners whose sexual orientation is that of a reformed sex offender, and anyone else for that matter. I declare the foregoing to be true and correct under penalty of perjury. I am not a corporation, all Rights reserved without prejudice. Respectfully presented, and requesting the Court take Notice of these Fact herein. (FRE 201). I am not an attorney. All conditions precedent occurred or were performed.

Michael Eaves — Plaintiff  7-25-22

* Certificate of Service *

I certify the foregoing has been sent to the following via prepaid U.S. Certified mail by depositing in the institution's system for legal mail where I'm housed as an inmate:

Clerk of the U.S.D.C.
at Louisville
601 W. Broadway Rm 106
Louisville KY 40202
R#7018-1830-0001-2089-4969

Attorney General Merrick Garland
Department of Justice
950 Pennsylvania Av. NW
Washington DC 20530
T#7018-1830-0001-2089-4952

Civil Process Clerk
Office of the U.S. Attorney
717 W. Broadway
Louisville KY 40202
TR#7018-1830-0001-2089-4907

Circuit Executive, Marc Theriault
100 E. Fifth Street Rm 503
Cincinnati OH 45202
7018-1830-0001-2089-4921

Rebecca Jennings
U.S.D.C. at Louisville
601 W. Broadway Rm 106
Louisville KY 40202
—7018-1830-0001-2089-4914

I declare the foregoing to be true and correct under penalty of perjury. I am not a corporation, all rights reserved without prejudice.

Michael Eaves  7-25-22  , Michael Eaves [261472]
% 168 Lee Adjustment Center Dr.
Beattyville KY 41311

- p. 2 of 2 -



Michael Davis [261975]
c/o 168 Lee Adjustment Center Drive
Beattyville KY 41311

7-25-22

Clerk of the U.S District Court
at Louisville
601 W. Broadway rm. 106
Louisville KY 40202

**FILED**
JAMES J. VILT, JR. - CLERK
JUL 27 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY