Respond to:
Michael Eaves
℅ 168 Lee Adjustment Center Drive
Beattyville Kentucky 41311

7-25-22

# * Affidavit *

I Michael Eaves hereby declares the following to be true and correct under penalty of perjury:

1) I am of sound mind. And, I have personal knowledge of these facts, and,

2) On July 22, 2022 I called the Clerk's office at the U.S.D.C. at Louisville and I was told that Rebecca Jennings had recused herself and that Judge Hale was now the Judge in the case. And,

3) It shocks the conscience that Judge Jennings was in the pool of judges drawing to be assigned to a lawsuit against her. And,

4) It shocks the conscience that Judge Jennings would have any part of replacing herself when recusing from the case. And, being assigned the case allowed her to time her recusal. And, taint the judge selection process. And,

5) The actions herein are conducive of the claims in civil action 3:22-cv-374 and the corresponding criminal complaint filed by me on behalf of myself and others similiarly situated in this action.

6) I am not a corporation. And, it is routine for Kentucky Federal Courts to construe ADA complaints from prisoners in a manner that

— Affidavit page 1 of 2 —

ME

removes those disabled inmates complaints instead of making it seen by Jury. And,

7) I am struggling to see and write legal documents and I suffer from bouts of confusion and memory loss at times and I need competent counsel appointed to assist me in prosecuting these claims. And, I have suffered multiple brain injuries from beatings, because I am a reformed sex offender. And,

8) As a reformed sex offender I received a letter from Kentucky Attorney Greg Belzley that he would only take such a case if death occurred, incinuating to me his hatred and bias towards reformed sex offenders who are so oriented as such. And, that attitude is shared by many attorneys in Kentucky. And,

9) A former prosecutor (KY) told me this bias is shared among many Ky Bar participants which I interpreted as pattern and practice among Ky. attorneys and prosecutors. And,

10) I am disabled and Ky. prisons have been using my disabilities to punish me as they have many others who are similiarly situated. And, these abuses have triggered many suicides. And,

11) I was not sentenced to be abused by the courts, attorneys, or prisons and the KDOC is my protector, not my appointed abuser. And, I pray that this case cannot be silenced and all those who read it, are held accountable for doing what is right or otherwise.

All conditions precedent occurred or were performed.

All rights reserved without prejudice,

Michael Eaves   7-25-22
Michael Eaves - Plaintiff, Affiant

Affidavit Page 2 of 2