United States District Court
at Louisville

Michael Eaves, and others similarly situated,
Plaintiffs, Pro Se,
v.
Rebecca Jennings.
Defendant

FILED
JAMES J. VILT, JR. - CLERK
JUL 27 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Civil action No.
3:22-CV-374-RGJ · Jury Trial
Appendix, Certificate of Service,
Declaration of inmate filing of these
documents
Noted: 7/25/22

**Appendix of filings**

Filing #                                                                                          # of Pages

1) This page Appendix                                                                             — 1 Page
2) OBJECTIONS and Motion to assign Judge from outside Circuit                                     — 2 pages
3) Affidavit in support of Objections and Motion to assign Judge                                  — 2 pages
4) Notice of Non Consent of Article II Judge/Magistrate                                           — 1 page
5) Copy of Filed Misconduct Complaint (7-25-22)                                                   — 2 pages
6) Notice to Clerk of returned attached summons for Rebecca Jennings, Merrick Garland, Attorney General of U.S., Marc Theriault, Circuit Executive, United States   — 9 pages
7) Declaration of Michael Eaves with medical records attached                                     — 20 pages

                                                                                        Total    37 pages

**✻ Certificate of Service, Declaration of inmate filing of the above documents listed ✻**

I Michael Eaves certify and Declare under penalty of perjury that the following is true and correct, I am an inmate housed in an institution and I am depositing these documents in the institution's legal mail system for filing today and sent via Certified U.S. Mail to the following, all postage pre-paid by me:

1) Clerk of the U.S. D.C. at Louisville, 601 W. Broadway, rm 106, Louisville KY 40202;
2) Merrick Garland, U.S.A.G., United States Dept of Justice, 950 Pennsylvania Av. NW Wash. DC 20530;
3) Civil Process Clerk, Office of the U.S. Attorney, 717 W. Broadway, Louisville KY 40202;
4) Circuit Executive, Marc Theriault 100 E. Fifth Street Rm 503, Cincinnati OH 45202
5) Rebecca Jennings, U.S.D.C. Judge, 601 W. Broadway rm 106, Louisville KY 40202

All rights reserved without prejudice. I am not a corporation.  Michael Eaves 7-25-22

Michael Eaves [261472], % 168 Lee Adjustment Center Drive, Beattyville KY 41311



Michael Eaves [261475]
c/o 168 Lee Adjustment Center Drive
Beattyville KY 41311

7-25-22

Clerk of the U.S. District Court
at Louisville
601 W. Broadway rm. 106
Louisville KY 40202

**FILED**
JAMES J. VILT, JR. - CLERK
JUL 27 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY